

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

96 NOV -5 AM 11: 04

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JOSEPHINE ALLEN, et. al., | ** | |
| PLAINTIFFS, | ** | |
| VS. | ** | CIVIL ACTION NO.: CV-96-AR-1423-E |
| NIMROD Q. REYNOLDS, et. al., | ** | |
| DEFENDANTS. | ** | |

## MOTION TO ALTER, AMEND OR RECONSIDER ORDER

The undersigned counsel moves the Court to alter, amend or reconsider its Order of October 24, 1996 in which the Court denied undersigned counsel's previous Motion to Withdraw as counsel for Defendant Community Action Agency of Calhoun, Cleburne and Cherokee Counties, Inc., on the grounds that Donald W. Stewart Esquire has now filed his appearance in this action as attorney for the said Community Action Agency, in lieu of undersigned counsel.

CHARLES H. RICE
State Bar No.: 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
Rice, Rice, Adams & Rice, P.C.
403 Choccolocco Street
P. O. Box 3267
Oxford, Alabama 36203
(205) 831-0098

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel for all parties by placing same in the United States mail, properly addressed with first class postage prepaid, this the 1st day of November, 1996.

Charles H. Rice

ENTERED 1-6-97

JAN 7 1997