UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JOSEPHINE ALLEN, ET AL,  )
      Plaintiff(s);  )
                         )
vs.  )   No. CV96-P-01423-E
                         )
NIMROD Q. REYNOLDS, ET AL,  )
      Defendant(s).  )

FILED 97 MAR 13 AM 9:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

ORDER

ENTERED MAR 13 1997

In light of the Court's Order of February 27, 1996, the Plaintiffs' Motion for an Extension of Time is hereby MOOTED. All motions have already been carried forward sixty days in order to allow CAA to obtain new counsel.

Dated: March 12, 1997

Chief Judge Sam C. Pointer, Jr.

Service List:
  Mr. Thomas Semmes
  Ms. Sara C. Semmes
  Ms. Patricia A. Goodwin
  Mr. Samuel H. Heldman
  Mr. Donald V. Watkins
  Mr. Donald W. Stewart
  Mr. Bruce N. Adams
  Mr. Charles H. Rice
  Mr. Roland Hicks
  Mr. James S. Hubbard
  Ms. Gail Sparks-Ashley
  Mr. Thomas W. Harmon
  Ms. Mary Phillips
  Ms. Sharon Woods
  Mr. John R. Phillips
  Mr. Christopher M. Hopkins
  Ms. Jeanette Baxter
  Mr. F. Michael Haney
  Mr. James William McGlauaghn
  Mr. Frederic A. Ransom
  Mr. Thomas M. Sowa
  Ms. Connie Ray Stockham
  Ms. Allison O. Skinner
  Mr. Johnny Heard



Service List (cont'd):
  Mr. Richard Hooks
  Mr. Craig S. Dillard
  Mr. John M. Fraley
  Mr. Charles G. Spradling, Jr.
  Mr. Jack Wood
  Mr. Burgin H. Kent
  Mr. John M. Johnson
  Mr. John Q. Somerville
  Mr. Joseph Allen Schreiber
  Mr. T.J. Skinner, IV
  Mr. Paul C. Adair
  Mr. Andrew Noble, III
  Mr. James Herbert Wilson
  Mr. Cleophus Thomas, Jr.
  Ms. P. Camille Lamar